IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Robert Balint, | ) | Case No.:  6:22-cv-04356-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| SABIC Innovative Plastics US | ) | |
| LLC, and SABIC Defined Benefit | ) | |
| Pension Trust Master, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order. As soon as the closing papers have been properly executed, the parties will forward them over to the court.

                                                              s/ Nathaniel W. Bax
                                                              Nathaniel W. Bax, Esq.
                                                              Federal Bar #:  09835
                                                              **FOSTER LAW FIRM, LLC**
                                                              PO Box 2123
                                                              Greenville, SC 29602
                                                             (864) 242-6200
                                                            (864) 233-0290 (facsimile)
                                                            E-mail:  nbax@fosterfoster.com

Date: September 28, 2023                    Attorneys for Plaintiff